The Law Offices of Dean L. Woerner
Dean L. Woerner, SB No. 214372
P.O. Box 411405
San Francisco, California 94141-1405
Telephone: 415.550.8799
Fax: 415.651.8537
woerner@sanfranbk.com

Attorney for Debtors
William David Moran
Graciela Vasquez

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

**WILLIAM DAVID MORAN** and
**GRACIELA VASQUEZ**,

                Debtors.

Case No. **13-30372 SFB13**

Chapter 13

**LIST OF CREDITORS ADDED TO SCHEDULE F**

    Following this cover sheet is a list of all creditors added to Schedule F in the attached Amendment to Schedule F, filed in the above-referenced case.

    I declare under penalty of perjury under the laws of the United States that I have read the above, and that it is true and correct to the best of my knowledge, information and belief.

Dated: **April 3, 2013**      /s/ Dean L. Woerner              .
                                                         **DEAN L. WOERNER**
                                                          Attorney for Debtors

**LIST OF ADDED CREDITORS**

Kelkris Associates, Inc
dba Credit Bureau Associates
460 Union Ave Suite C
Fairfield, CA, 94533-6334


Yellow Pages
c/o Rauch-Milliken International, Inc.
PO Box 8390
Metairie, LA 70011-8390