CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
WILLIAM J. HEALY, #146158
440 N. 1st St., #100
San Jose, California 95113
Telephone: (408) 295-9555

ATTORNEYS FOR
Amir Hatam

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

In re:                                          )
                                                ) Case No. 13-50808 SLJ
  Yobert Jamalabad Mirzapour and    )
  Diana E. Mirzapour                       ) CHAPTER 13
                                                )
                                                ) **NOTICE OF WITHDRAWAL OF
                                                ) COUNSEL AND REQUEST TO BE
           Debtor.                   REMOVED FROM COURTESY
                                                  NOTIFICATION OF ELECTRONIC
                                                  FILING (NEF)**

_____)

**To The Honorable Stephen L. Johnson; United States Bankruptcy Judge, The Office of The United States Trustee, The Chapter 13 Trustee; Debtors and their counsel; and all interested parties:**

     Come Now, Campeau Goodsell Smith, counsel for creditor Amir Hatam ("Hatam") and submits the following **NOTICE OF WITHDRAWAL OF COUNSEL AND REQUEST TO BE REMOVED FROM COURTESY NOTIFICATION OF ELECTRONIC FILING (NEF)** as follows:

**1. Notice of Withdrawal of Counsel.**

     Campeau Goodsell Smith no longer represents Hatam and notices relating to Hatam should be addressed to and sent to:

    Amir Hatam
    9313 Vinter Circle
    Patterson, A 95363
    (H) 209-895-3577

(C) 916-628-6028

**2.     Request Removal from Courtesy Notification of Electronic Filing.**

Campeau Goodsell Smith no longer desires to receive courtesy notification of court orders and all other pleadings entered on the docket in the above referenced case.

Dated: December 17, 2013	Campeau Goodsell Smith.
/s/William J. Healy, Esq.
William J. Healy, Esq.