# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: Yobert Mirzapour
Diane Mirzapour

Chapter 13
Case No: 13-50808

**DECLARATION OF DEBTOR REGARDING INTENTION TO INCUR POST PETITION DEBT**

Debtor(s)
_____/

The undersigned declares:

1. I am the debtor in the above action.

2. I am requesting that the Trustee provide a letter of non-opposition to the extension of credit for the purchase of a vehicle.

3. The purchase price will not exceed $18,000.00.

4. The acquisition of a loan will not impair my ability to perform under the terms of the plan.

5. The acquisition of a loan will not cause me to modify my plan to decrease the dividend to unsecured creditors, nor to decrease my plan payments.

6. I am current in my payments to the Trustee.

7. The plan will be completed within 60 months of the date the first payment was due under the plan.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 9/10/13      YOBERT MIRZAPOUR
                    Debtor

Dated: 9/10/13      Diane E. Mirzapour
                    Debtor

Rev. 3/27/2012