SCOTT J. SAGARIA (BAR # 217981)
ELLIOT GALE (BAR #263326)
SAGARIA LAW, P.C.
2033 Gateway Place Fifth Floor
SAN JOSE, CA 95113
408-279-2288
408-279-2299 fax

Attorney for Debtor(s),

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No. 13-50808 SLJ |
| YOBERT JAMALABAD MIRZAPOUR<br>DIANA E. MIRZAPOUR | Chapter 13 |
| | **RESPONSE TO ORDER TO SHOW CAUSE RE DISMISSAL** |
| Debtor(s). | Date: July 24, 2014<br>Time: 1:30 PM<br>Ctrm: 3099<br>Place: 280 South First Street<br>San Jose, CA 95113 |

  Debtor(s), Yobert and Diana Mirzapour, through thier Attorneys of Record, Sagaria Law PC, respectfully submits this response to the Court's order to show Cause.

  Debtors and counsel have met several times in the last several months to discuss the necessary amendments and changes to the current chapter 13 plan on file in order to resolve the Trustee's outstanding objections. Debtor believes other creditor objections may need to be resolved by way of a contested confirmation hearing.

  Debtors have been asked to prepare certain business financial records in order to provide the requested documents to the Trustee. Debtors believe that most of the Trustee's objections can be resolved with amendments to the schedules. Debtors have been presented with various forms of chapter 13 plans to allow their payments to increase, and for creditors to be paid within 60 months of filing.

STATUS CONFERENCE STATEMENT

Based on the complex issues in this case and the secured and priority claims that must be dealt with in an amended plan, Debtors request 90 to 120 days to confirm a plan.

Dated:   July 17, 2014          /s/ Elliot W. Gale
                                Elliot W. Gale, Esq.
                                Attorney for Debtor(s)

STATUS CONFERENCE STATEMENT