Entered on Docket
July 25, 2014
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes
the order of the court. Signed July 25, 2014

Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Yobert Jamalabad Mirzapour and<br>Diana E. Mirzapour,<br><br>       Debtor(s). | Case No. 13-50808 SLJ<br><br>Chapter 13<br><br>Date: July 24, 2014<br>Time: 1:30 p.m.<br>Ctrm: 3099 |

**ORDER AFTER HEARING ON ORDER TO SHOW CAUSE RE DISMISSAL**

The court's Order to Appear and Show Cause, entered on May 1, 2014, came on for a hearing at the above-referenced date and time.

For the reasons stated on the record, the Clerk of the Court shall dismiss this case if a Chapter 13 plan had not been confirmed by close of business on September 18, 2014.

**\*\*\* END OF ORDER\*\*\***

**Court Service List**

Notice will be electronically mailed to Registered ECF Participants